

IN THE
TENTH COURT OF APPEALS

No. 10-18-00227-CR

SCOTT ELDRED COALWELL,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2015-937-C1

MEMORANDUM OPINION

Appellant Scott Eldred Coalwell has filed a motion to dismiss this appeal. *See* TEX.

R. APP. P. 42.2(a). We have not issued a decision in this appeal. Coalwell and his counsel

have signed the motion. The motion is therefore granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed April 1, 2020
[CR25]

